# United States Court of Appeals
## For the First Circuit

No. 15-1214

CLAYTON SCHWANN, individually and on behalf of a class of all others similarly situated; THOMAS LEDUC, individually and on behalf of a class of all others similarly situated; RAMON HELEODORO, individually and on behalf of a class of all others similarly situated; JAMES E. DUGGAN, individually and on behalf of a class of all others similarly situated; ERIC VITALE, individually and on behalf of a class of all others similarly situated; MUCHIRAHONDO PHINNIAS, individually and on behalf of a class of all others similarly situated; TEMISTOCLES SANTOS, individually and on behalf of a class of all others similarly situated; ROBERT SANGSTER, individually and on behalf of a class of all others similarly situated; JEFF BAYLIES; LAWRENCE ADAMS

Plaintiffs - Appellants

MARVIN SANTIAGO, individually and on behalf of a class of all others similarly situated; MANUEL MONTROND, individually and on behalf of a class of all others similarly; SERRULO FERNANDEZ DEJESUS, individually and on behalf of a class of all others similarly situated; WAN PYO CONG, individually and on behalf of a class of all others similarly situated; LEON HECTOR

Plaintiffs

v.

FEDEX GROUND PACKAGE SYSTEM, INC., d/b/a FedEx Home Delivery

Defendant - Appellee

Before

Howard, <u>Chief Judge</u>,
Torruella, Stahl, Lynch, Thompson,
Kayatta and Barron,

<u>Circuit Judges</u>.

**ORDER OF COURT**

Entered: April 12, 2016

  The petition for rehearing having been denied by the panel of judges who decided the case, and the petition for rehearing en banc having been submitted to the active judges of this court and a majority of the judges not having voted that the case be heard en banc, it is ordered that the petition for rehearing and the petition for rehearing en banc be <u>denied</u>.

            By the Court:

            <u>/s/ Margaret Carter, Clerk</u>

cc:
Harold Lichten
Shannon Liss-Riordan
Caroline Cochenour
Molly Grammel
William Jay
Kate MacLeman
James Rehnquist
Elizabeth Dewar
Peter Sacks